**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6118**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRELL LAMONT GILCHRIST,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (8:02-cr-00245-DKC)

———————————

Submitted:  April 19, 2007          Decided:  April 25, 2007

———————————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Derrell Lamont Gilchrist, Appellant Pro Se. Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland; Deborah A. Johnston, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrell Lamont Gilchrist appeals the district court's order denying his motion for transcript at government expense under 28 U.S.C. § 753(f) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gilchrist, No. 8:02-cr-00245-DKC (D. Md. filed Jan. 3, 2007 & entered Jan. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED